**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-2198**

_____

LAWRENCE VERLINE WILDER,

                                    Plaintiff - Appellant,

        versus

BRENDA J. DAVIS,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Frederic N. Smalkin,  District Judge. (CA-97-2509-S)

_____

Submitted:  October 23, 1997        Decided:  November 13, 1997

_____

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lawrence Verline Wilder, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing Appellant's claims of extortion, libel, and slander under 28 U.S.C. § 1915(e) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Wilder v. Davis</u>, No. CA-97-2509-S (D. Md. Aug. 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>